# Court of Appeals
# of the State of Georgia

ATLANTA, <u>October 26, 2012</u>

*The Court of Appeals hereby passes the following order:*

**A12A1746. HAYWARD v. THE STATE.**

The appeal in this case was docketed on May 3, 2012, making the appellant's briefs and enumerations of error due on May 23, 2012. See Court of Appeals Rules 22; 23 (a). On June 12, 2012, this Court issued an order extending the time for appellant to file his enumeration of errors and his brief; appellant was given until June 25, 2012 to file. As of this date, appellant has not filed either his enumerations of error or his brief. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).

We note, however, that this is a criminal case in which the appellant, Bennie James Hayward, filed his notice of appeal pro se. And in his request for an extension of time, appellant stated that he was seeking counsel to represent him on appeal. In the event appellant is able later to secure appellate counsel, or decides that he wishes to proceed pro se, he is hereby informed of the following: Your appeal has been dismissed because no brief was filed on your behalf. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting such a request, you will have thirty (30) days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have thirty (30) days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>10/26/2012</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



 *, Clerk.*